# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF KENTUCKY
# ASHLAND DIVISION

| | |
|---|---|
| **SARAH CORDLE, by and through her next friend, DOROTHY CORDLE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ENOVIS CORPORATION, COLFAX CORPORATION, and DJO GLOBAL, INC.**<br><br>**Defendants.** | **Case No.:  0:23-cv-00093-DLB-EBA**<br>**Hon. Judge David L. Bunning** |

## MOTION FOR REFUND

Counsel for the Defendant DJO Global, Inc. respectfully moves this Court for a refund of a duplicate electronic payment made during an attempt to file a notice of removal and supporting documents.  The receipt for the initial failed attempt has Tracking ID: AKYEDC-5656971 and is attached as **Exhibit A**.  The Notice of Removal (ECF No. 1) was subsequently successfully filed with a second filing fee payment attached as **Exhibit B**.

WHEREFORE, it is respectfully requested that this Court issue an Order permitting DJO Global, Inc. a refund of the $402.00 duplicate fee payment for its Notice of Removal.

Dated:  September 22, 2023                         **DJO GLOBAL, INC.**

                                                                                By:  */s/Melissa Foster Bird*
                                                                                              Of Counsel

Melissa Foster Bird, Esq. (KYSB #92261)
Shaina D. Massie, Esq. (KYSB #99818)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
949 Third Avenue, Suite 200
Post Office Box 1856
Huntington, West Virginia 25719
Melissa.FosterBird@NelsonMullins.com
Shaina.Massie@NelsonMullins.com
(304) 526-3503
(304) 526-3599 (fax)

*Counsel for Defendant DJO GLOBAL, INC.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this **22nd day of September, 2023**, the foregoing document was served electronically upon the following counsel of record:

Robert W. Miller, Esq.
**LAW OFFICE OF ROBERT W. MILLER**
P. O. Box 357
Grayson, KY 41143
(606) 474-7827
(606) 474-4184 (fax)
thelaw@robertwmillerky.com

*/s/ Melissa Foster Bird*