IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND
Case No.: 0:23-cv-00093-DLB
Judge David L. Bunning

SARAH CORDLE, by and through her next friend,
DOROTHY CORDLE,                                                                             PLAINTIFF,

v.

ENOVIS CORPORATION, COLFAX CORPORATION, DJO GLOBAL, INC., and DJO LLC                                                                  DEFENDANTS.

    Comes now the Plaintiff Sarah Cordle and moves the Court pursuant to Civil Rule 15 for leave to file an amended complaint herein.

                                                /s/ Robert W. Miller
                                                Hon. Robert W. Miller
                                                Law Office of Robert W. Miller
                                                Attorney for Plaintiff
                                                P.O. Box 357
                                                Grayson, KY 41143
                                                606-474-782

## CERTIFICATE OF SERVICE

    I certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF e-filing system, which will send a notice of electronic filing to the following and/or by mailing a true and correct copy to:

Melissa Foster Bird, Esq.
Nelson Mullins Riley & Scarborough LLP
949 Third Avenue, Suite 200
Huntington, WV 25701

This the 5th day of December, 2023.

/s/ Robert W. Miller
Hon. Robert W. Miller