**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL CASE NO. 23-93-DLB-EBA**

**SARAH CORDLE, by and through her Next**
**Friend, DOROTHY CORDLE**                                    **PLAINTIFF**


**v.**                          **JUDGMENT**


**ENOVIS CORPORATION, et al.**                          **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered contemporaneously today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, with the Court being otherwise sufficiently advised,

**IT IS ORDERED and ADJUDGED** as follows:

(1)    **JUDGMENT** is entered **in favor of Defendants Enovis Corporation f/k/a Colfax Corporation, DJO Global, Inc., and DJO, LLC** on all claims in Plaintiff Sarah Cordle's Amended Complaint (Doc. # 21);

(2)    This matter is hereby **STRICKEN** from the Court's active docket; and

(3)    This is a **FINAL and APPEALABLE** Order, and no just cause for delay exists.

This 20th day of September, 2024.



Signed By:

_David L. Bunning_

**United States District Judge**