UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-5958

SARAH CORDLE, by and through her Next Friend, Dorothy Cordle,

    Plaintiff - Appellant,

v.

ENOVIS CORPORATION; COLFAX CORPORATION; DJO GLOBAL, INC.; DJO, LLC,

    Defendants - Appellees.

**FILED**
Jun 03, 2025
KELLY L. STEPHENS, Clerk

Before: THAPAR, READLER, and BLOOMEKATZ, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court for the Eastern District of Kentucky at Ashland.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk